UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ. P.C.
70 Bloomfield Ave., Suite 203
Pine Brook, NJ 07058
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

In Re:

Anthony C. LaMonica

Case No.: 23-12480-VFP

Chapter:

Adv. No.:

Hearing Date:

Judge: Papalia

## CERTIFICATION OF SERVICE

1. I, Christine Curran :

    ☒ represent  the Debtor  in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On April 14, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Order Shortening Time Period for Notice Setting Hearing and Limiting Notice
    - Application for Order Shortening Time, Proposed Order
    - Notice of Motion to Continue Automatic Stay, Certification of Debtor in support of same, Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 14, 2023                         /s/ Christine Curran
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>dcarlon@kmllawgroup.com | Counsel to Secured Creditor, M & T Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other overnight mail<br>(as authorized by the court *) |
| M & T Bank<br>PO Box 844<br>Buffalo, NY 14240 | Mortgagee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Summit West Condominium<br>c/o Community Management Corp<br>1225 Alma Rd, Suite 100<br>Richardson, TX 75081 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other overnight mail<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ✓ Westlake Financial Services<br>4751 Wilshire Blvd, Suite 100<br>Los Angeles, CA 90010 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  overnight mail<br>(as authorized by the court *) |
| Attached List of Creditors and/or Creditor's Counsel | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

**List of Creditors or Creditors Counsel Served by Regular Mail**

Alert Ambulance Service
PO Box 192
Brick, NJ 08723

Amex Correspondence
PO Box 981540
El Paso, TX 79998

Atrium Post Acute Care of Livingston
348 East Cedar Street
Livingston, NJ 07039

AXA Equitable
PO Box 1047
Charlotte, NC 28201

Bank of America
PO Box 673033
Dallas, TX 75267-3033

Chase Auto Finance
P.O Box 80015
Atlanta, GA 30366-0015

Chase Cardmember Service
PO BOX 100044
Kennesaw, GA 30156-9244

Cooperman Barnabas Medical Center
PO Box 29960
New York, NY 10087-9960

First Class Movers, Inc.
18 Passaic Avenue, Unit 3
Fairfield, NJ 07004

Goldberg Realty Associates
33 Clinton Road
Caldwell, NJ 07006

Imaging Consultants of Essex
P.O Box 3247
Indianapolis, IN 46206-3247

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Monmouth Ocean Hospital Service
4806 Megill Road Ste # 3
Neptune, NJ 07753

Nissan Motor Acceptance
PO BOX 660366
Dallas, TX 75266

Nissan Motor Acceptance Corp
PO BOX 660680
Dallas, TX 75266-0680

Nordstrom Signature Visa
PO Box 6555
Englewood, CO 80155

PSE&G
PO BOX 14444
New Brunswick, NJ 08906

Santander Bank
Mail Code MA1-MB3-01-21
2 Morrissey Blvd
Boston, MA 02125

Simons Agency Inc.
4963 Wintersweet Drive
Liverpool, NY 13088

State of New Jersey
Division of Taxation
Bankruptcy Unit
PO Box 245
Trenton, NJ 08695-0245

United Healthcare Insurance Company
PO Box 30607
Salt Lake City, UT 84130

Verizon
PO Box 489
Newark, NJ 07101

Visa Dept Store National Bank Macys
Attn Bankruptcy
PO Box 8053
Mason, OH 45040

Woodlands at West Orange Condo
1 McGuirk Ln
West Orange, NJ 07052