Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−12480−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   768 Springfield Avenue, Unit C−1
   Summit, NJ 07901

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            6/1/23
Time:           08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 13, 2023
JAN: dlr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-12480-VFP

Anthony C. Lamonica     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Apr 13, 2023     Form ID: 132     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, 768 Springfield Avenue, Unit C-1, Summit, NJ 07901-2333 |
| 519873217 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 519873216 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 519873221 | | Chase Auto Finance, P.O Box 80015, Atlanta, GA 30366-0015 |
| 519873226 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 519873227 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 519873228 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 519873232 | + | Monmouth Ocean Hospital Service, 4806 Megill Road Ste # 3, Neptune, NJ 07753-6926 |
| 519873234 | | Nissan Motor Acceptance Corp, PO BOX 660680, Dallas, TX 75266-0680 |
| 519873239 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519873240 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 519873241 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519873215 | + | Email/PDF: bncnotices@becket-lee.com | Apr 13 2023 21:06:02 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 519873220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 20:55:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519873218 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 20:55:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 519873219 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 20:55:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519888250 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2023 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519873223 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Apr 13 2023 20:57:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519873224 | ^ | MEBN | Apr 13 2023 20:50:47 | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 519873225 | ^ | MEBN | Apr 13 2023 20:51:43 | Experian, PO BOX 9701, Allen, TX 75013-9701 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 132 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519873229 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2023 20:56:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 519873222 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 13 2023 20:55:14 | Chase Cardmember Service, PO BOX 100044, Kennesaw, GA 30156-9244 |
| 519873231 | | Email/Text: camanagement@mtb.com | Apr 13 2023 20:56:00 | M&T Bank, PO Box 844, Buffalo, NY 14240 |
| 519873233 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 13 2023 20:56:00 | Nissan Motor Acceptance, PO BOX 660366, Dallas, TX 75266-0366 |
| 519873235 | + | Email/Text: bnc@nordstrom.com | Apr 13 2023 20:56:01 | Nordstrom Signature Visa, PO Box 6555, Englewood, CO 80155-6555 |
| 519873236 | ^ | MEBN | Apr 13 2023 20:51:45 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 519873237 | + | Email/Text: DeftBkr@santander.us | Apr 13 2023 20:56:00 | Santander Bank, Mail Code MA1-MB3-01-21, 2 Morrissey Blvd, Boston, MA 02125-3312 |
| 519873238 | + | Email/Text: clientservices@simonsagency.com | Apr 13 2023 20:57:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519873242 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2023 20:55:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519873243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:09 | Visa Dept Store National Bank Macys, Attn Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 519873244 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 13 2023 20:56:00 | Westlake Financial Svc, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519873245 | | Woodlands at West Orange Condo |
| 519873214 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 519873230 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 13, 2023 | Form ID: 132 | Total Noticed: 33 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott E. Tanne
    on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4