UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
70 Bloomfield Ave., Suite 203
Pine Brook, NJ 07058
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor

Order Filed on April 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anthony C. LaMonica,
Debtor

Case No.: 23-12480-VFP

Chapter: 13

Judge: Papalia

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 13, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____Scott E. Tanne, Esq., P.C._____ for the reduction of time for a hearing on __Motion to Continue the Automatic Stay_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____April 20, 2023_____ at __10:00am__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: All secured creditors or their counsel, if known

_____

by ☒ each, ☐ any of the following methods selected by the Court:

(where available)
☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors or their counsel; The Chapter 13 Standing Trustee; any other party having filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    ____1____ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12480-VFP |
| Anthony C. Lamonica | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony C. Lamonica, 768 Springfield Avenue, Unit C-1, Summit, NJ 07901-2333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4