UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
70 Bloomfield Ave., Suite 203
Pine Brook, NJ 07058
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for the Debtor(s)**

Order Filed on April 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Anthony C. LaMonica,**

Debtor

Case No.: 23-12480-VFP

Adv. No.:

Hearing Date: 4/20/2023

Judge: Papalia

## ORDER CONTINUING THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. SECTION 362(c)(3)(B)

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: April 21, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Anthony C. LaMonica
Case No.:  23-12480-VFP
Caption of Order: Order Continuing the Automatic Pursuant to 11 U.S.C. Section 362(c)(3)(B)

Upon consideration of Debtor's motion for an Order continuing the Automatic Stay pursuant to 11 U.S.C. Section 362(c)(3)(B), and good cause appearing therefore, it is hereby

**ORDERED** the Debtor has shown that this Chapter 13 (Case No. 23-12480-VFP) was filed in good faith; and it is

**FURTHER ORDERED** that the Automatic Stay shall be continued and remain in full force as to all creditors served with a copy of the motion.

**FURTHER ORDERED**; A copy of this Order shall be served on all parties within three days from date of entry of this Order.