| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on June 7, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   ANTHONY C. LAMONICA | Case No.:  23-12480VFP<br><br>Hearing Date:  6/1/2023<br><br>Judge:  VINCENT F. PAPALIA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 7, 2023**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 23-12480VFP

Caption of Order:  INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 06/01/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $7,138.00 within 10 days or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.