Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−12480−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C. Lamonica
   768 Springfield Avenue, Unit C−1
   Summit, NJ 07901

Social Security No.:
   xxx−xx−2501

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/23.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 22, 2023
JAN: jf

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 23-12480-VFP

Anthony C. Lamonica                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                        Page 1 of 3

Date Rcvd: Jun 22, 2023                             Form ID: 148                                 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C. Lamonica, 768 Springfield Avenue, Unit C-1, Summit, NJ 07901-2333 |
| 519873217 | + | AXA Equitable, PO Box 1047, Charlotte, NC 28201-1047 |
| 519873216 | + | Atrium Post Acute Care of Livingston, 348 East Cedar Street, Livingston, NJ 07039-4221 |
| 519873221 | | Chase Auto Finance, P.O Box 80015, Atlanta, GA 30366-0015 |
| 519873226 | + | First Class Movers, Inc., 18 Passaic Avenue, Unit 3, Fairfield, NJ 07004-3834 |
| 519873227 | + | Goldberg Realty Associates, 33 Clinton Road, Caldwell, NJ 07006-6790 |
| 519873228 | | Imaging Consultants of Essex, P.O Box 3247, Indianapolis, IN 46206-3247 |
| 519873232 | + | Monmouth Ocean Hospital Service, 4806 Megill Road Ste # 3, Neptune, NJ 07753-6926 |
| 519873234 | | Nissan Motor Acceptance Corp, PO BOX 660680, Dallas, TX 75266-0680 |
| 519935627 | + | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519873239 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519873240 | + | Summit West Condominium, c/o Community Management Corp., 1225 Alma Rd Ste 100, Richardson, TX 75081-2298 |
| 519873241 | + | United Healthcare Insurance Company, PO Box 30607, Salt Lake City, UT 84130-0607 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519900047 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519873215 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:15:16 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 519873220 | | EDI: BANKAMER.COM | Jun 23 2023 00:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519873218 | + | EDI: BANKAMER.COM | Jun 23 2023 00:46:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 519873219 | + | EDI: BANKAMER.COM | Jun 23 2023 00:46:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519888250 | | EDI: BANKAMER.COM | Jun 23 2023 00:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519873223 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 22 2023 21:08:00 | Chex System Inc, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 519873224 | | Email/Text: bankruptcycourts@equifax.com | | |

Case 23-12480-VFP    Doc 27    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519873225 | ^ | MEBN | Jun 22 2023 21:07:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 519873229 | | EDI: IRS.COM | Jun 22 2023 20:57:47 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 519873222 | | EDI: JPMORGANCHASE | Jun 23 2023 00:46:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| | | | Jun 23 2023 00:46:00 | Chase Cardmember Service, PO BOX 100044, Kennesaw, GA 30156-9244 |
| 519924182 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 22 2023 21:07:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519914054 | | Email/Text: camanagement@mtb.com | Jun 22 2023 21:07:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519873231 | | Email/Text: camanagement@mtb.com | Jun 22 2023 21:07:00 | M&T Bank, PO Box 844, Buffalo, NY 14240 |
| 519937696 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 22 2023 21:06:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519873233 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 22 2023 21:07:00 | Nissan Motor Acceptance, PO BOX 660366, Dallas, TX 75266-0366 |
| 519873235 | + | Email/Text: bnc@nordstrom.com | Jun 22 2023 21:07:17 | Nordstrom Signature Visa, PO Box 6555, Englewood, CO 80155-6555 |
| 519873236 | ^ | MEBN | Jun 22 2023 20:57:59 | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 519873237 | + | Email/Text: DeftBkr@santander.us | Jun 22 2023 21:08:00 | Santander Bank, Mail Code MA1-MB3-01-21, 2 Morrissey Blvd, Boston, MA 02125-3312 |
| 519873238 | + | Email/Text: clientservices@simonsagency.com | Jun 22 2023 21:08:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519930879 | + | EDI: AIS.COM | Jun 23 2023 00:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519873242 | + | EDI: VERIZONCOMB.COM | Jun 23 2023 00:46:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519873243 | + | EDI: CITICORP.COM | Jun 23 2023 00:46:00 | Visa Dept Store National Bank Macys, Attn Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 519935393 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 22 2023 21:08:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, TX 75014-1419 |
| 519873244 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 22 2023 21:08:00 | Westlake Financial Svc, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519873245 | | Woodlands at West Orange Condo |
| 519873214 | ##+ | Alert Ambulance Service, PO Box 192, Brick, NJ 08723-0192 |
| 519873230 | ##+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Case 23-12480-VFP    Doc 27    Filed 06/24/23    Entered 06/25/23 00:17:16    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 148 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Anthony C. Lamonica ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4